```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                     DEC 22 2015

                              CENTRAL DISTRICT OF CALIFORNIA
                              EASTERN DIVISION  DC  BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL ROBERT WEINGARTNER <br> Defendant. | Case No.: BDCR 14-38 VAP <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- FAILURE TO REPORT ALLEGATION
- ADMISSION OF SUBSTANCE ABUSE
- HISTORY OF FAILURES TO APPEAR
- INSUFFICIENT BAIL RESOURCES

1 | and/or

2 | B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 |            convincing evidence that he/she is not likely to pose a danger to the
4 |            safety of any other person or the community if released under 18
5 |            U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 | _____
7 | _____
8 | _____
9 | _____

10 |
11 |
12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.
14 |
15 | Dated:  12/22/15
16 |                                          HONORABLE DAVID T. BRISTOW
                                              United States Magistrate Judge