

FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                     Plaintiff,

      v.

Michael Robert Weingartner
                     Defendant.

Case No.: ED14CR-38-VAP

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CENTRAL___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    • UNKNOWN BACKGROUND INFORMATION

    • UNKNOWN BAIL RESOURCES

    • HISTORY OF FAILING TO COMPLY W/ COURT ORDERS (PAROLE / SUPERVISED RELEASE).

    • SUBMITTED

1  and/or

2  B.  ( )   The defendant has not met his/her burden of establishing by clear and

3  convincing evidence that he/she is not likely to pose a danger to the

4  safety of any other person or the community if released under 18

5  U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated:  6/27/16

16                            HONORABLE DAVID T. BRISTOW
                             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2